

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC./WEST DISTRIBUTORS, INC., | § § | No. 08-20-00125-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 of El Paso County, Texas |
| WEST DISTRIBUTORS, INC./EXPEDITORS INTERNATIONAL OF WASHINGTON, INC. | § § | (TC# 2011DV04011) |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS D'Anne Asleson's request for an extension of time within which to file the Reporter's Record until September 29, 2020. NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that D'Anne Asleson, Official Court Reporter for the County Court at Law Number 6 for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before September 29, 2020.

IT IS SO ORDERED this 28th day of August, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.